1466

## CASE ANNOUNCEMENTS
### June 14, 2013

[Cite as *06/14/2013 Case Announcements*, 2013-Ohio-2469.]

## MOTION AND PROCEDURAL RULINGS

**2013-0433. In re Application to Modify Exemption Granted to E. Ohio Gas Co.**
Public Utilities Commission, No. 12–1842–GA–EXM. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for leave to intervene as appellee of the East Ohio Gas Company, d.b.a. Dominion East Ohio, it is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2012-1951. State ex rel. Stitzel v. Roadway Express, Inc.**
Franklin App. No. 11AP–925, 2012-Ohio-4905. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS
### June 18, 2013

[Cite as *06/18/2013 Case Announcements*, 2013-Ohio-2503.]

## DISCIPLINARY CASES

**2011-1681. Cleveland Metro. Bar Assn. v. Davie.**
This cause came on for further consideration upon the filing of a motion to appear by written and sworn testimony and a motion to withdraw counsel of record by respondent, Michael Davie.

Upon consideration thereof, it is ordered by the court that respondent's motion to appear by written and sworn testimony is denied as moot. The court further orders that respondent's motion to withdraw counsel of record is granted.